OPINION — AG — ** DISTRICT ATTORNEY — FIREARMS — CONCEALING ** (1) DISTRICT ATTORNEYS AND THEIR ASSISTANTS ARE NOT LAW ENFORCEMENT OFFICERS WITHIN THE MEANING OF 21 O.S. 1289.8 [21-1289.8], AND ARE, THEREFORE, PROHIBITED FROM CARRYING CONCEALED WEAPONS WITHIN THE STATE OF OKLAHOMA. (2) DISTRICT ATTORNEYS AND THEIR ASSISTANTS MAY ONLY CARRY FIREARMS OPENLY AND NOT CONCEALED UNDER THE CONDITIONS PRESCRIBED IN 21 O.S. 1289.6 [21-1289.6] (3) THE PENALTIES FOR VIOLATING 21 O.S. 1289.1 [21-1289.1], 21 O.S. 1289.6 [21-1289.6], ARE PRESCRIBED IN 21 O.S. 1289.15 [21-1289.15] (CRIMES AND PUNISHMENT, GUNS, WEAPONS, FIREARMS, DISTRICT ATTORNEY, CONCEALED WEAPONS, LAW ENFORCEMENT) CITE: 21 O.S. 99 [21-99], 21 O.S. 1289.6 [21-1289.6] [21-1289.6], 21 O.S. 1289.8 [21-1289.8], 19 O.S. 215.4 [19-215.4] [19-215.4] (SCOTT J. SILVERMAN) NOTE: THE 1982 AMENDED 19 O.S. 215.29 [19-215.29] (SENATE BILL NO. 563) THE DISTRICT ATTORNEY MAY CARRY FIREARMS IF THEY PASS THE CERTIFICATION TRAINING BY THE LAW ENFORCEMENT TRAINING CENTER (PERSONNEL PROTECTION)